and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 85–2121.   ARIZONA *v.* MAURO, 481 U. S. 520;

No. 86–1136.   PACYNA *v.* MARSH, SECRETARY OF THE ARMY, 481 U. S. 1048;

No. 86–1669.   BRANSON *v.* NORTHINGTON ET AL., 481 U. S. 1044; and

No. 86–6702.   COSNER *v.* OREGON, 481 U. S. 1066.   Petitions for rehearing denied.

No. 85–2102.   MONTAUK-CARIBBEAN AIRWAYS, INC., DBA LONG ISLAND AIRLINES *v.* HOPE ET AL., 479 U. S. 872; and

No. 86–6429.   MCCONE *v.* DISTRICT COURT OF ALBANY COUNTY ET AL., 481 U. S. 1020.   Motions for leave to file petitions for rehearing denied.

No. 86–1363.   WANGRUD *v.* OREGON, 481 U. S. 1009.   Petition for rehearing and other relief denied.

No. 86–6750.   COLEMAN *v.* BROWN, WARDEN, ET AL., 482 U. S. 909.   Motion of respondents for leave to file response to petitioner's petition for rehearing denied.   Petition for rehearing denied.

JULY 6, 1987

No. 87–5038 (A–17).   WHITLEY *v.* MUNCY, WARDEN, ET AL. C. A. 4th Cir.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153,